UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
MT. HAWLEY INSURANCE COMPANY,
                        Plaintiff,

               -against-

TRI COUNTY MARINE CONTRACTOR OF
FLORIDA, INC.,
                        Defendant.
-------------------------------------------------------------X

24 Civ. 4256 (LGS)

<u>ORDER</u>

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, this action was commenced on or about June 6, 2024, and an initial conference was schedule for July 31, 2024.

      WHEREAS, an Order dated July 25, 2024, directed Plaintiff (a) if Plaintiff has been in communication with Defendant, who had not yet appeared, to prepare jointly with Defendant materials for the initial pretrial conference or (b) if Plaintiff has not been in communication with Defendant, to file a status letter concerning its efforts to serve Defendant.

      WHEREAS, by letter filed July 31, 2024, Plaintiff reported that service had been made, but that Plaintiff was not in contact with Defendant, and Plaintiff requested an adjournment of the initial conference.

      WHEREAS, by endorsed Order dated August 1, 2024, the initial conference was adjourned to August 21, 2024, and Plaintiff was directed by August 14, 2024, if Defendant had not appeared, to (a) request a further adjournment of the initial conference or (b) propose a date to present an Order to Show Cause for default judgment.

      WHEREAS, on August 16, 2024, Plaintiff filed a First Amended Complaint, which was served on Defendant on September 3, 2024.

      WHEREAS, by Order filed on September 19, 2024, the initial conference was adjourned

sine die pending Defendant's anticipated motion for default judgment, and a default judgment hearing was scheduled for October 16, 2024.

WHEREAS, by letter filed October 2, 2024, Plaintiff requested an adjournment of the date to file its motion for default judgment. The request was granted, extending the date for the filing of any default judgment motion to October 16, 2024. It is hereby

**ORDERED** that the default judgment hearing previously scheduled for October 16, 2024, at 4:10 P.M. is **ADJOURNED** sine die, pending the filing of any motion for default judgment by Defendant.

Dated: October 15, 2024
       New York, New York

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**