Case No. 1:24-cv-04256-LGS

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

MT. HAWLEY INSURANCE COMPANY,

                Plaintiff,

  -against-

TRI COUNTY MARINE CONTRACTOR
OF FLORIDA, INC.

                Defendant(s).
-------------------------------------------------------X

*Plaintiff shall file its default judgment materials in compliance with Local Civil Rule 55.2, including a memorandum of law in support of its motion for default judgment and a proposed default judgment order, by **October 29, 2024**.*

*Dated: October 22, 2024*
*New York, New York*

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**

## MOTION FOR DEFAULT JUDGMENT

Plaintiff Mt. Hawley Insurance Company hereby moves the Court pursuant to Federal Rule of Civil Procedure 55 (b) and Local Civil Rule 55.2 to enter default judgment in favor of plaintiff and against defendant(s) Tri County Marine Contractor of Florida, Inc. on the grounds that said defendants(s) failed to answer or otherwise defend against the complaint and for the reasons outlined in the accompanying affirmation of Anthony M. Tessitore Esq.

Dated:     New York, NY
             October 16, 2024

                 By: _____
                      Anthony M. Tessitore, Esq.
                      Attorneys for Mt. Hawley Insurance Co.
                      1 Pennsylvania Plaza # 4701
                      New York, NY 10119
                      (646) 833-0900
                      atessitore@tresslerllp.com